# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **MARJORIE TOWNLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CASE NO. 09-CV-2109 EFM/KMH |
| | ) |
| **AMERICAN BOOK CO., D/B/A** | ) |
| **BOOK WAREHOUSE OF OLATHE,** | ) |
| **KANSAS, INC.** | ) |
| | ) |
| **Defendant.** | ) |

## DEFENDANT'S MOTION TO DISMISS

Pursuant to FED. R. CIV. P. 12(b)(6), Defendant American Book Co., d/b/a/ Book Warehouse of Olathe, Kansas[1] hereby moves this Court for an Order dismissing Plaintiff's Complaint. As set forth more fully in the accompanying Memorandum in Support, the allegations contained in the Complaint fail to describe the type of facts sufficient to state a claim as a matter of law. Accordingly, the Complaint must be dismissed in its entirety.

Respectfully submitted this 30th day of March, 2009.

**CONSTANGY, BROOKS & SMITH, LLP**

By: /s Nancy M. Leonard
 Nancy M. Leonard, #70478
 Megan K. Walawender, #78047
 2600 Grand Boulevard, Suite 300
 Kansas City, Missouri 64108-4600
 Telephone: (816) 472-6400
 Facsimile: (816) 472-6401

ATTORNEYS FOR DEFENDANT

---

[1] American Book Co. d/b/a Book Warehouse of Olathe, Kansas was improperly named as Defendant in this lawsuit. Blue Vase, Inc. was Plaintiff's employer and is the proper Defendant in this action

651751.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 30th day of March, 2009, a copy of the foregoing DEFENDANT'S MOTION TO DISMISS was served via the Court's electronic filing system, as follows:

Barry R. Grissom   KS # 10866
GRISSOM LAW OFFICE
10990 Quivira, Suite 200
Overland Park, KS 66210
(913) 341-6616 (phone)
(913) 491 6398 (fax)
bgrissom@sprintmail.com
ATTORNEY FOR PLAINTIFF


/s/ Nancy M. Leonard
Attorneys for Defendant

651751.1